UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Attorney for the Standing Trustee

**Order Filed on January 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SHARIF PERSON,

Debtor.

Case No.: 20-22065

Chapter 13

Hearing Date: 1/7/21

Judge: Vincent F. Papalia

# INTERIM CONFIRMATION ORDER

The relief set forth on the following pages, numbered 2 – 3, is hereby **ORDERED**.

**DATED: January 7, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Sharif Person

Case No. 20-22065

Caption of Order: Interim Confirmation Order

---

The Court finds that Interim Confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest. Therefore,

IT IS HEREBY ORDERED as follows:

1. The Chapter 13 Plan dated 10/28/2020 is approved on an interim basis only. The Plan is subject to final confirmation and further Order of the Court. All of the rights of all parties are reserved until the final confirmation hearing.

2. The chapter 13 standing trustee is authorized to make distribution, with a percentage fee, on account of the following claims:

    a. Allowed attorneys' fees;

    b. Secured creditors;

    c. Priority creditors;

    d. Unsecured creditors.

3. The arrearage claim of Quicken Loans, LLC will be paid by the Chapter 13 Standing Trustee pending the termination of the Loan Modification Period of July 1, 2021 as required pursuant to the Order Resolving Secured Creditor's Objection entered on 12/9/20.

4. The debtor will make payments to the Trustee until further Order of the Court as follows: $800.00 per month, beginning November 1, 2020.

Debtor: Sharif Person

Case No. 20-22065

Caption of Order: Interim Confirmation Order

---

5. As required by the 12/9/20 Order Resolving Secured Creditor's Objection, debtor is to make post-petition payments in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification process is pending.

6. If debtor does not obtain a Final Loan Modification by July 1, 2021, debtor shall have 7 days to file a Modified Plan to otherwise address Secured Creditor's Claim, as well as the remaining creditors in this case.

7. A hearing on Final Confirmation shall be scheduled for August 5, 2021.