| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>(973) 227-2840<br>Attorney for the Standing Trustee | Order Filed on January 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHARIF PERSON,<br><br>Debtor. | Case No.: 20-22065<br><br>Chapter 13<br><br>Hearing Date: 1/7/21<br><br>Judge: Vincent F. Papalia |

# INTERIM CONFIRMATION ORDER

The relief set forth on the following pages, numbered 2 – 3, is hereby **ORDERED**.

**DATED: January 7, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Sharif Person

Case No. 20-22065

Caption of Order: Interim Confirmation Order

---

The Court finds that Interim Confirmation of the Chapter 13 Plan is in the best interest of debtor and the parties-in-interest. Therefore,

IT IS HEREBY ORDERED as follows:

1. The Chapter 13 Plan dated 10/28/2020 is approved on an interim basis only. The Plan is subject to final confirmation and further Order of the Court. All of the rights of all parties are reserved until the final confirmation hearing.

2. The chapter 13 standing trustee is authorized to make distribution, with a percentage fee, on account of the following claims:

    a. Allowed attorneys' fees;

    b. Secured creditors;

    c. Priority creditors;

    d. Unsecured creditors.

3. The arrearage claim of Quicken Loans, LLC will be paid by the Chapter 13 Standing Trustee pending the termination of the Loan Modification Period of July 1, 2021 as required pursuant to the Order Resolving Secured Creditor's Objection entered on 12/9/20.

4. The debtor will make payments to the Trustee until further Order of the Court as follows: $800.00 per month, beginning November 1, 2020.

2

Debtor: Sharif Person

Case No. 20-22065

Caption of Order: Interim Confirmation Order

---

5. As required by the 12/9/20 Order Resolving Secured Creditor's Objection, debtor is to make post-petition payments in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification process is pending.

6. If debtor does not obtain a Final Loan Modification by July 1, 2021, debtor shall have 7 days to file a Modified Plan to otherwise address Secured Creditor's Claim, as well as the remaining creditors in this case.

7. A hearing on Final Confirmation shall be scheduled for August 5, 2021.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-22065-VFP |
| Sharif Person | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1
Date Rcvd: Jan 07, 2021     Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID        Recipient Name and Address**
db           + Sharif Person, 38 Division Ave, Belleville, NJ 07109-2646

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

**Name            Email Address**

Carlos D Martinez
on behalf of Debtor Sharif Person cmartinez@scura.com
ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4