**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    SHARIF PERSON

Order Filed on May 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  20-22065 VFP**

**Hearing Date:  5/6/2021**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 10, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  SHARIF PERSON

Case No.:  20-22065

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/06/2021 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must pay $2,400.00 to the Trustee's office by 5/28/2021 and file a Loss

  Mitigation Program extension on Court docket by 5/28/2021 or the case will be dismissed with no further

  hearings or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be

  dismissed upon certification of the Standing Trustee; and it is further

- ORDERED, that in the event that the electronic payment is reversed and/or Debtor(s) request a stop

  payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order

  without any further hearings or notice to Debtor or Debtor's Attorney.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    SHARIF PERSON

**Case No.:  20-22065 VFP**

**Hearing Date:  5/6/2021**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s):  SHARIF PERSON

Case No.:  20-22065

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/06/2021 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must pay $2,400.00 to the Trustee's office by 5/28/2021 and file a Loss

  Mitigation Program extension on Court docket by 5/28/2021 or the case will be dismissed with no further

  hearings or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be

  dismissed upon certification of the Standing Trustee; and it is further

- ORDERED, that in the event that the electronic payment is reversed and/or Debtor(s) request a stop

  payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order

  without any further hearings or notice to Debtor or Debtor's Attorney.